# UNITED STATES COURT OF INTERNATIONAL TRADE

**Before The Honorable, Jane A. Restani,**

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | )  Court No.: 22-00327 |
| | )  **ANSWER** |
| AEGIS SECURITY INSURANCE CO. | ) |
| Defendant. | ) |

## ANSWER

Pursuant to the rules of the Court, defendant, Aegis Security Insurance Company, answers Plaintiff's complaint as follows:

1. Admits the purpose of the complaint.

2. Admits this Court has jurisdiction over this matter.

3. Admits Aegis's addresses.

4. Admits Aegis's mailing address.

5. Aegis's answers in paragraphs 1 through 4 are incorporated by reference as though fully set forth herein.

6. Admits.

7. Admits.

8. Admits.

9. Admits.

10. Admits.

11. Admits.

12. Admits.

13. Admits.

14. Admits.

15. Admits.

16. Admits.

17. Admits.

18.  Admits.

19. Admits.

20. Admits.

21. Admits.

22. Admits.

23. Admits.

24. Admits.

25. Admits.

26. Admits.

27. Admits

28. Admits.

29. Admits.

30. Admits.

31. Admits.

32. Admits.

33. Admits.

34.  Denies the that the calculation of delinquency initiates with the billing of subject entry.

35. Denies that the 1505(d)interest calculations set forth in Paragraph 34 of the complaint are correct and avers that delinquency interest does not begin to accrue under 19 U.S.C. § 1505(d) from the date of issuance of the bill.

36. Admits. Denies any interest is due.

37. Admits.

38. Admits.

39. Admits.

40. Denies.

## FIRST AFFIRMATIVE DEFENSE
### (Statute of Limitations)

1. The statute of Limitations under, 28 U.S.C. Sect. 2415 (a), for collection of duties under the subject of bond expired six years following the liquidation of the subject entry by operation of law.

## SECOND AFFIRMATIVE DEFENSE
### (19 U.S.C. 1501 Reliquidation Untimely)

1. The reliquidation of the entry under the provisions of 19 U.S.C. 1501 following the approval of the surety's protest was untimely and void.

WHEREFORE, Defendant, Aegis Security Insurance Company, respectfully requests that this Court enter judgment in its favor against Plaintiff, The United States and that Plaintiff take nothing by way of duties or interest from the allegations of its complaint, and for any further relief that this Court deems just and proper in the premises of this civil action.

Respectfully submitted,

| | |
|---|---|
| */s/ T. Randolph Ferguson* | */s/Jeffery M. Telep* |
| T. Randolph Ferguson | Jeffery M. Telep |
| Sandler, Travis & Rosenberg P.A. | King & Spalding LLP |
| 414 Jackson Street  Suite 200 | 1700 Pennsylvania Avenue NW |
| San Francisco, CA 94111 | Suite 200 |
| Tel.: 415-378-3374 | Washington, D.C. 20006 |
| E-Mail: rferguson@strtrade.com | Tel.: 202-626-2390 |
| | E-Mail: jtelep@kslaw.com |

*Attorneys for Defendant Aegis Security Insurance Company*

Dated: March 24, 2023