**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE JANE A. RESTANI,** *JUDGE*

| | |
|---|---|
| UNITED STATES, : <br> : <br> Plaintiff, : <br> v. :     Court No. 22-00327 <br> : <br> AEGIS SECURITY INSURANCE COMPANY, : <br> : <br> Defendant. : <br> : | |

### **(PROPOSED) SECOND AMENDED SCHEDULING ORDER**

On consideration of the parties' Joint Motion to Amend the Scheduling Order, it is hereby:

**ORDERED** that the above-captioned case shall adhere to the following schedule, which supersedes the previous schedule:

1. Discovery will be completed by **June 19, 2024**.

2. Any motions regarding fact discovery will be filed no later than 30 days after the close of discovery.

3. Dispositive motions, if any, will be filed by **August 26, 2024**. A brief in response to a dispositive motion may include a dispositive cross-motion.

4. If no dispositive motions are filed, a request for trial, if any, will be filed by **September 4, 2024**, and will be accompanied by a proposed order governing preparation for Trial.

5. If necessary, trial will begin at a time and place ordered by the Court.

Court No. 22-00327

**IT IS FURTHER ORDERED** that the Court will establish dates for a pretrial conference and the commencement of a trial after the filing of a request for trial, if any.

_____
JANE A. RESTANI, JUDGE

Dated _____
    New York, New York

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE JANE A. RESTANI,** *JUDGE*

|  |  |
|---|---|
| UNITED STATES, : | |
| : | |
| Plaintiff, : | |
| v.   : | Court No. 22-00327 |
| : | |
| AEGIS SECURITY INSURANCE COMPANY, : | |
| : | |
| Defendant. : | |
| : | |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Rules 1, 7, 16, and 56 of the Rules of the United States Court of International Trade (USCIT), the parties respectfully move jointly to modify the Scheduling Order in this action by extending the remaining deadlines by approximately sixty-three (63) days as provided in the accompanying (Proposed Second Amended Scheduling Order). Fact discovery is currently set to close on April 17, 2024. This is the second request to amend the scheduling order.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act. USCIT Rule 6(b)(1)(A); *see also* USCIT Rule 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."). Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule. *See High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); *United States v. Horizon Prods. Int'l, Inc.*, 34 F. Supp. 3d 1365, 1367 (2014) (explaining diligence is the "primary consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b)). As discussed below, there is good cause for the instant motion.

Since the entry of the Amended Scheduling Order in this matter, Mr. T. Randolph Ferguson sadly passed away and undersigned counsel was substituted as counsel. Since that time, Mr. Kenner has been familiarizing himself with the case and the discovery exchanged to date. Additionally, defendant is currently preparing deposition notices and is considering serving additional written requests upon the Government. The Government is in the process of preparing additional discovery exchanges and discovery requests of its own. Finally, on March 18, 2024, the Court issued an opinion in *United States v. Aegis Security Insurance Company*, Court No. 20-03628, a matter with similar legal and factual issues as the present matter. The parties are currently reviewing the decision in Court No. 20-03628 to determine its potential impact on this matter and/or the course of discovery.

Currently, the scheduling order governing this action requires that discovery be completed by April 17, 2024. The parties believe that extending discovery by sixty-three days will allow sufficient time to ascertain the impact, if any, of the decision in Court No. 20-03628 on this matter and complete discovery. We also request that the remaining dates on the scheduling order be extended by a commensurate amount of time as reflected in the Proposed Second Amended Scheduling Order. Accordingly, the parties submit this joint motion to amend the scheduling order as set forth in the attached proposed amended scheduling order.

Joint Motion to Extend, Court No. 22-00327 Cont.

**WHEREFORE**, the parties respectfully request that their joint motion be granted.

Respectfully submitted,

/s/ Jason M. Kenner
Jason M. Kenner
Sandler, Travis & Rosenberg, P.A.
675 Third Avenue, Suite 1805-06
New York, New York 10017
Tel.: (212) 549-0141

/s/ Jeffrey M. Telep
Jeffrey M. Telep
King & Spalding, LLP
1700 Pennsylvania Ave, NW
Suite 200
Washington, DC 20006
Tel.: (202) 626-2390
*Attorneys for Defendant*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-in-Charge
International Trade Field Office

AIMEE LEE
Assistant Director

Beverly A. Farrell
Senior Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
Tel.: (212) 264-0483 or 9230
*Attorneys for Plaintiff*

Dated: March 19, 2024