IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  THE HONORABLE JANE A. RESTANI, *JUDGE*

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Court No. 22-00327 |
| AEGIS SECURITY INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

### **[PROPOSED] DISCOVERY ORDER**

Upon review of the parties' Joint Motion To Use Discovery Produced In *United States v. Aegis Security Insurance Company*, Court No. 20-03628, In This Action; upon other papers and proceedings had herein; and upon due deliberation, it is hereby

**ORDERED** that the parties may use any information developed during discovery in Court No. 20-03628 as though it had been produced in this action without waiving any objections any party believes it may have.

_____
JANE A. RESTANI, JUDGE

Dated: _____
         New York, New York

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE JANE A. RESTANI, *JUDGE*

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AEGIS SECURITY INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Court No. 22-00327 |

**JOINT MOTION TO USE DISCOVERY PRODUCED IN *UNITED STATES v. AEGIS SECURITY INSURANCE COMPANY*, COURT NO. 20-03628, IN THIS ACTION**

Pursuant to Rules 1, 7, 16, 26, and 56 of the Rules of the United States Court of International Trade (USCIT), the parties respectfully move this Court to permit them to use discovery, including interrogatory responses, responses to document requests, and deposition testimony, produced in *United States v. Aegis Security Insurance Company*, Court No. 20-03628, as though that discovery and its responses had been propounded in this action.  Motions regarding discovery are due by September 13, 2024.  Docket No. 24.  The parties have conferred and believe that information developed in Court No. 20-03628 would be helpful in preparing their forthcoming motions for summary judgment.

Information developed in other actions may be considered by a court if those proceedings are directly related to the action at issue.  *See Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n. 2 (9th Cir. 2002) ("[W]e 'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'") (alterations in original) (quoting *United States ex rel. Robinson Rancheria Citizens Council v.*

*Borneo*, 971 F.2d 244, 248 (9th Cir.1992)); *see also* Fed. R. Evid. 201 (which allows courts to take judicial notice of adjudicative facts). Here, the discovery developed in Court No. 20-03628 addresses topics at issue in this action. Although the parties could avail themselves of the discovery used to support their respective positions in Court No. 20-03628 by requesting that the Court take judicial notice of certain facts, we believe that the issuance of an order permitting such use would be less cumbersome and help streamline our respective summary judgment briefing.

  Accordingly, the parties submit this joint motion and respectfully request that the Court permit the parties to use discovery exchanged in *United States v. Aegis Security Insurance Company*, Court No. 20-03628 as though it had been exchanged in this action.

WHEREFORE, the parties respectfully request that the Court grant our joint motion.

Respectfully submitted,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney<br>General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>By: /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>/s/ Beverly A. Farrell<br>BEVERLY A. FARRELL<br>Senior Trial Attorney<br>Department of Justice, Civil Division<br>Commercial Litigation Branch<br>International Trade Field Office<br>26 Federal Plaza, Room 346<br>New York, New York 10278<br>Tel.: (212) 264-0483 or 9230<br>Attorneys for Plaintiff | By: *Jeffrey M. Telep* (w/ permission) BF  9/13/24<br>JEFFREY M. TELEP<br>King & Spalding, LLP<br>1700 Pennsylvania Avenue, NW<br>Suite 200<br>Washington, DC 20006<br>Tel.: (202) 626-2390<br><br>and<br><br>*Jason M. Kenner* (w/ permission) BF  9/13/24<br>JASON M. KENNER<br>Sandler, Travis & Rosenberg, P.A.<br>675 Third Avenue, Suite 2425<br>New York, New York 10017<br>Tel.: (212) 549-0141<br>Attorneys for Defendant |

Dated: September 12, 2024