UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JANE A. RESTANI, JUDGE

_____

|  |  |  |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| Plaintiff, | : | Court No.  22-00327 |
| | : | |
| v. | : | |
| | : | |
| AEGIS SECURITY INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

_____

## NOTICE OF APPEAL

Notice is hereby given that the United States, plaintiff in the above-captioned action,

hereby appeals to the United States Court of Appeals for the Federal Circuit from the final

judgment, Document No. 55, and opinion in Slip Op. 25-73, Document No. 54, entered in this

action on June 11, 2025.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

By:    /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Beverly A. Farrell
BEVERLY A. FARRELL
Senior Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Tel.: (212) 264-0483 or 9230

Dated: August 8, 2025          Attorneys for Plaintiff