**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| UNITED STATES., *Plaintiff,* v. AEGIS SECURITY INSURANCE COMPANY, *Defendant.* | Court No. 22-00327-JAR |

**NOTICE OF SUBSTITUTION**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the United States Court of International Trade, the undersigned appears as lead counsel of record for defendant, Aegis Security Insurance Company in this action and requests that all papers be served on him. Mr. Jason M. Kenner may be removed as an attorney of record in this matter.

Dated: April 27, 2026

Respectfully submitted,

/s/ Michael Jackson
Michael Jackson
**SANDLER, TRAVIS & ROSENBERG, P.A.**
15 Enterprise, Suite 250, Office 207
Aliso Viejo, CA 92656
(949) 816-0670
mjackson@strtrade.com
*Attorneys for Defendant*